Argued February 21, reversed and remanded March 4, petition for rehearing denied April 10, petition for review denied April 23, 1974

STATE OF OREGON, *Appellant, v.* RUDOLPH WELLS KNAPP (No. 73-07-2101 Cr), *Respondent.*

519 P2d 99

*Timothy Wood,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Langtry and Tanzer, Judges.

PER CURIAM.

Reversed and remanded. *State v. Sutton,* 223 Or 570, 575, 355 P2d 247 (1960).